No. 79–1230. Coats *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 79–1277. Trepel Petroleum Corp. *v.* CleveRock Energy Corp. C. A. 10th Cir. Certiorari denied.

No. 79–1327. Norman *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 79–1328. Borough of Doylestown *v.* Bradshaw et al. C. A. 3d Cir. Certiorari denied.

No. 79–1330. Clifford, Commissioner, Department of Health of Niagara County, New York *v.* Susan B. et al. C. A. 2d Cir. Certiorari denied.

No. 79–1335. Abrams, Attorney General of New York *v.* Salla et al. Ct. App. N. Y. Certiorari denied.

No. 79–1337. Sindona *v.* Tisch et al. C. A. 2d Cir. Certiorari denied.

No. 79–1338. Shuffman, Executrix *v.* Hartford Textile Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 79–1347. Spencer *v.* Greyhound Lines, Inc., et al. C. A. 4th Cir. Certiorari denied.

No. 79–1353. Robert Bosch GmbH *v.* Papendick. Sup. Ct. Del. Certiorari denied.

No. 79–1358. Slone *v.* Blocksom & Co. C. A. 4th Cir. Certiorari denied.